**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---:|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(713) 421-9200* |

---

**NOTICE OF SETTING**
**Before Judge Mark S. Norris, United States District Judge**

---

October 3, 2024

    RE:    2:23cr20191-05-MSN
               *USA v. JUSTIN SMITH*

Dear Sir/Madam:

    The **SENTENCING** has been **SET** on **FRIDAY, JANUARY 24, 2025 at 9:30 AM** before **Judge Mark S. Norris** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

    **Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.**

    As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

    **THE DEFENSE COUNSEL SHALL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

    If you have any questions, please contact the case manager at the number provided below.

                                Sincerely,
                                WENDY R. OLIVER, CLERK

                BY:    S/ *Zandra Frazier*
                          Zandra Frazier, Case Manager
                          901-495-1277
                          E-mail: zandra_frazier@tnwd.uscourts.gov