**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
Before Chief Judge Sheryl H. Lipman, United States District Judge

June 17, 2025

RE:   **2:23 cr-20191-05-SHL**
        *USA v. (5) JUSTIN SMITH*

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **RESET** from FRIDAY, JUNE 20, 2025 at 10:00 A.M. to **WEDNESDAY, JUNE 25, 2025 at 10:30 A.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom 1, 11$^h$ floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Melanie Mullen*,
        Case Manager to Chief Judge Sheryl H. Lipman
        901-495-1255
        melanie_mullen@tnwd.uscourts.gov