IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                        CR. NO. 2:23-cr-20191-SHL

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendant.

### MOTION TO SEAL PURSUANT TO COURT ORDER

COMES NOW Defendant, Justin Smith, by and through counsel, and pursuant to Judge Norris' Court Order at ECF No.: 847, Judge Norris directed defense counsel "should Defendant or defense counsel need to file any motion, pleading or other notice referencing the Notice (U.S. Attorney's Disclosure), defendant and defense counsel shall be <u>required</u> to file any such document under seal."

While the undersigned does not believe that his Supplemental and Amended Motion for New Trial, which will be filed subsequently, should be filed under seal, in order to comply with Judge Norris' Order at ECF No.: 847, same will be filed under seal if permitted by this Court.

Respectfully submitted,

*S/Martin Zummach*
Martin Zummach (#16352)
Attorney for Justin Smith
2889 Chattering Lane
Southaven, MS 38672
901-482-5909

Certificate of Service

The undersigned certifies that on the 17th day of June, 2025, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*