# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 01, 2025

Mr. David W. Camp
Law Office of David Camp
403 N. Parkway
Suite 201
Jackson, TN 38305

Re: Case No. 25-5880, *USA v. Emmitt Martin, III, et al*
Originating Case No. : 2:23-cr-20191-5

Dear Counsel,

This appeal has been docketed as case number **25-5880** with the caption that is enclosed on a separate page. It is a cross appeal of case number **25-5853**. In order to ensure a clean and orderly docket, we ask that you take precautions to ensure that you do not double-file appearance forms and other documents that have already been filed in 25-5853 by unchecking the box next to that case number first. Should you have any questions, please feel free to contact me.

Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court. If a convicted defendant did not qualify to proceed in forma pauperis in the district court but appears to qualify on appeal, Sixth Circuit Rule 24 requires that "trial counsel must see that the defendant completes CJA Form 23 (for an incarcerated defendant) or Fed. R. App. P. Form 4 (for a defendant not incarcerated) and files it in the district court." Counsel's failure to act in this situation may result in adverse action from this court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **October 15, 2025**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **October 15, 2025**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Ryan
Direct Dial No. 513-564-7079

cc: Mr. Blake D. Ballin
    Ms. Greta Alyse Gieseke
    Mr. Kathryn E. Gilbert
    Mr. Stephen Ross Johnson
    Mr. William D. Massey
    Mr. John Keith Perry Jr.
    Mr. Michael J. Stengel
    Mr. Martin W. Zummach

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5880

UNITED STATES OF AMERICA

    Plaintiff - Appellant Cross-Appellee

v.

EMMITT MARTIN, III; TADARRIUS BEAN; DESMOND MILLS, JR.

    Defendants - Appellees

DEMETRIUS HALEY; JUSTIN SMITH

    Defendants - Appellees Cross-Appellants